UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| LIAN HUI QI, Individually and on behalf of all other employees similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CHEN OSAKA, INC. d/b/a OSAKA JAPANESE )<br>RESTAURANT, SU ZHEN CHEN, and  )<br>JIAN LI LIN  )<br>)<br>Defendants  ) | Civil Action No.: 5:17-CV-00188-KKC |

## ORDER

This matter is before the Court on the Joint Expedited Motion for Court Approval of Confidential Settlement Agreement and Release and Dismissal of Case with Prejudice filed by Plaintiff and Defendants (the "Parties"). The Court, having been sufficiently advised, hereby **ORDERS** that the Joint Motion is **GRANTED** and the confidential settlement agreement filed by the Parties is **APPROVED**. This case is **DISMISSED WITH PREJUDICE** consistent with the approved settlement agreement filed by the Parties. Each party is to bear their own costs, fees, and expenses. There being no just cause for delay, this Order is final and appealable.

The Clerk of the Court is advised to STRIKE this action from the active docket.